In the Matter of the Claim of EMMA SIMONETTI, Respondent, against CAPITOL COAL Co., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued March 4, 1936; decided March 20, 1936.)

*Herbert F. Hastings, Jr.,* and *Everett F. Warrington* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.